UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**
JAN 2 2 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:25-CR-00013 HEA/JSD** |
| TANARIO DARDEN, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about April 1, 2024, and continuing through August 30, 2024, within the Eastern District of Missouri and elsewhere,

**TANARIO DARDEN,**

the Defendant herein, aided and abetted by others, not being a licensed dealer, importer, manufacturer, and collector of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly transported in interstate commerce one or more machine guns, as defined in 26 U.S.C. §5845(b).

In violation of Title 18, United States Code, Section 922(a)(4), and 924(a)(1)(B), and 2.

### COUNT TWO

The Grand Jury further charges that:

Beginning on or about April 1, 2024, and continuing through August 30, 2024, within the Eastern District of Missouri and elsewhere,

**TANARIO DARDEN,**

the Defendant herein, aided and abetted by others, did knowingly transfer one or more machine

guns.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(a)(4) and 922(o) as set forth above, the defendant shall forfeit to the United States of America any firearm, machine gun, or ammunition involved in or used in said violations.

2. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney